**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Willie Crater and Donna M Crater | No.  09-02923 |
| Debtor | Hon.  Pamela S. Hollis |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 1, 2013, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ John C. Crees_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Patricia A Merriman and Marilyn O Marshall on October 1, 2013.

_____/s/ John C. Crees_____

John C. Crees - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Willie Crater and Donna M Crater
18228 California Ave.
Homewood, IL 60430

Marilyn O Marshall
224 South Michigan
Chicago, IL 60604

Patricia A Merriman
UAW Legal Services Plan,
1579 Huntington Dr.
Calumet City, IL 60409
patriciame@uawlsp.com